| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VRATIL, KATHRYN H | DISTRICT OF KANSAS | 03/23/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT<br>500 STATE AVENUE, SUITE 511<br>KANSAS CITY, KANSAS 66101-2435 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | AT&T pension |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Student Loans | K |
| 2. | National Education Servicing | Student Loans | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 20th Century Ultra (IRA) | | None | | | Sell-all | 09-20 | M | B | |
| 2. 20th Century Giftrust | | None | | | Sell-all | 03-15 | J | | |
| 3. Prudential Life Ins. Policies | A | Dividend | J | T | | | | | |
| 4. Massachusetts Mutual Life Ins. Policy | C | Dividend | L | T | | | | | |
| 5. Kansas Municipal Bond Fund | A | Dividend | J | T | Redeem-pt | 03-28 | J | | |
| 6. | | | | | Redeem-pt | 06-30 | J | | |
| 7. | | | | | Redeem-pt | 09-30 | J | | |
| 8. | | | | | Redeem-pt | 12-27 | J | | |
| 9. Oppenheimer Municipal Bond Fund Class A | B | Dividend | K | T | Redeem-pt | 03-21 | J | A | |
| 10. | | | | | Redeem-pt | 06-21 | J | A | |
| 11. | | | | | Redeem-pt | 09-20 | J | A | |
| 12. | | | | | Redeem-pt | 12-20 | J | A | |
| 13. AT&T Corp New | A | Dividend | | | Sell-all | 01-20 | J | | |
| 14. Verizon Commns | A | Dividend | | | Sell-all | 01-20 | J | | |
| 15. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 16. Schwab Money Market Fund (IRA) | B | Dividend | J | T | | | | | |
| 17. Columbia Acorn Fund (IRA) | C | Div/Cap Gain | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Am. Cent. Equity Growth (IRA) | A | Dividend | | | Sell-all | 09-20 | J | B | |
| 19. Dreyfus S & P 500 Index Fund (IRA) | | None | | | Sell-all | 09-20 | K | C | |
| 20. Dreyfus Small Co. Value Fund (IRA) | | None | | | Sell-all | 09-20 | L | D | |
| 21. Janus Overseas Fund (IRA) | | None | | | Sell-all | 09-20 | L | | |
| 22. Pioneer Papp Strategic Growth Fund CL A (IRA) | B | Dividend | | | Merger | 09-19 | J | | |
| 23. Credit Suisse Capital Appreciation Fund CMN CL (IRA) | | None | | | Sell-all | 09-20 | K | | |
| 24. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 25. Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 26. AmCent 20th Int'l Growth (IRA) | | None | | | Sell-all | 09-20 | K | | |
| 27. AmCent Income & Growth (IRA) | C | Dividend | L | T | | | | | |
| 28. AmCent Income & Growth | C | Dividend | K | T | | | | | |
| 29. American Century Income & Growth | A | Dividend | J | T | | | | | |
| 30. Columbia Acorn Fund | A | Dividend | J | T | | | | | |
| 31. Credit Suisse Capital Appreciation Fund Common CL | | None | | | Sell-all | 09-20 | J | | |
| 32. Banc One Corp Notes | B | Interest | K | T | | | | | |
| 33. Bear Stearns Note | B | Interest | | | Redeem-all | 07-15 | K | | |
| 34. GNMA PL | A | Interest | J | T | Repayment | 01-18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Repayment | 02-15 | J | | |
| 36. | | | | | Repayment | 03-15 | J | | |
| 37. | | | | | Repayment | 04-15 | J | | |
| 38. | | | | | Repayment | 05-16 | J | | |
| 39. | | | | | Repayment | 06-15 | J | | |
| 40. | | | | | Repayment | 07-15 | J | | |
| 41. | | | | | Repayment | 08-16 | J | | |
| 42. | | | | | Repayment | 09-15 | J | | |
| 43. | | | | | Repayment | 10-17 | J | | |
| 44. | | | | | Repayment | 11-15 | J | | |
| 45. | | | | | Repayment | 12-15 | J | | |
| 46. Ameristock Fund | A | Dividend | J | T | | | | | |
| 47. Artisan International Fund | A | Dividend | J | T | | | | | |
| 48. Artisan Mid Cap Fund | | None | | | Sell-all | 01-20 | J | B | |
| 49. Julius Baer International Equity Fund | B | Dividend | K | T | Buy | 02-14 | K | | |
| 50. Royce Low Priced Stock Fund | C | Dividend | K | T | Buy | 02-14 | K | | |
| 51. Schwab 1000 Index Fund | A | Dividend | K | T | Buy | 02-14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab International Index Fund | A | Dividend | K | T | Buy | 02-14 | J | | |
| 53. Schwab Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 54. White Oak Growth Stock Fund | | None | | | Sell-all | 01-21 | J | | |
| 55. Prudential Financial | | None | | | Sell-all | 01-20 | J | B | |
| 56. Comcast Corp. | | None | | | Sell-all | 01-25 | J | C | |
| 57. Orthologic Corp. (IRA) | | None | J | T | | | | | |
| 58. California Amplifier (IRA) | | None | J | T | | | | | |
| 59. Mass Mutual Fixed Account Annuity | A | Dividend | K | T | | | | | |
| 60. Schwab Muni Money Fund | A | Dividend | K | T | | | | | |
| 61. Schwab Value Advantage | A | Dividend | | | Sell-all | 01-21 | K | | |
| 62. Pioneer Growth Fund CL A (IRA) | | None | | | Merger | 09-19 | J | | |
| 63. | | | | | Sell-all | 09-20 | J | | |
| 64. FAM Value Fund | A | Dividend | J | T | Buy | 09-20 | J | | |
| 65. Julius Baer Int'l Equity Fund II CL A | | None | J | T | Buy | 09-20 | J | | |
| 66. Schwab Yield Plus Inv Shares | A | Dividend | J | T | Buy | 09-20 | J | | |
| 67. | | | | | Sell-part | 11-22 | J | | |
| 68. Schwab Yield Plus Inv | A | Dividend | K | T | Buy | 09-21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Total Stock Mkt Stk Mkt Vipers Index Fund | A | Dividend | K | T | Buy | 09-22 | K | | |
| 70. Excelsior Value and Restructuring Fund (IRA) | A | Dividend | K | T | Buy | 09-19 | K | | |
| 71. iShares MSCI Emrg Mkt Fd Emerging Markets Indx (IRA) | A | Dividend | J | T | Buy | 09-19 | J | | |
| 72. Janus Growth & Income Fd (IRA) | A | Dividend | K | T | Buy | 09-19 | K | | |
| 73. Laudus Intl Mktmstrs Fund Select Shares (IRA) | A | Dividend | L | T | Buy | 09-19 | L | | |
| 74. NB Intl Fund Inv Class Neuberger Berman (IRA) | A | Dividend | K | T | Buy | 09-19 | K | | |
| 75. Northern Small Cap Value Fund (IRA) | B | Dividend | K | T | Buy | 09-19 | K | | |
| 76. RS Value Fund (IRA) | A | Dividend | K | T | Buy | 09-19 | K | | |
| 77. Schwab Core Equity Fund (IRA) | A | Dividend | L | T | Buy | 09-19 | K | | |
| 78. UMB Scout Worldwide Fund (IRA) | A | Dividend | L | T | Buy | 09-19 | K | | |
| 79. Schwab Premier Equity Select Shares (IRA) | A | Dividend | L | T | Buy | 09-19 | K | | |
| 80. U.S. Global Investors Eastern European Fund (IRA) | B | Dividend | K | T | Buy | 09-19 | K | | |
| 81. William Blair Small Cap Growth Fund Class N (IRA) | C | Dividend | K | T | Buy | 09-19 | K | | |
| 82. MB Financial Bk CD due 07/27/07 | | None | K | T | Buy | 07-29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note to Section I:
During 2005, Trust #1 included the assets listed on lines 24, 28, 30, 31, 68 and 69.

Note to Section VII: On 09-19-05, Pioneer Papp Strategic Growth Fund (line 22) merged into Pioneer Growth Leaders Fund CL A (line 62).

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 03/23/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur                                                            Date March 23, 2006

NOTE: A... ...LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544